UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )   Case No. MJ08-445
          v.                        )
                                    )
JASBIR SARAN,                       )   DETENTION ORDER
                                    )
          Defendant.                )
_____     )

Offenses charged:

     Count 1:    Possession of MDMA/Ecstasy with Intent to Distribute, in violation of
                    21 U.S.C. § 841(a)(1).

     Count 2:    Importation of MDMA, in violation of 21 U.S.C. §§ 952(a)(1), and
                    960(b)(3).

Date of Detention Hearing:    October 7, 2008

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.  Application of the presumption is appropriate in this case.

     (2)    Defendant  has no ties in the Western District of Washington or to this community.

01       (3)    Defendant was stopped at the border with over 50 kilograms of ecstasy in his

02  possession.  If convicted, he would face up to a maximum of 20 years in prison.

03       (4)    Defendant has continued family ties to India and has engaged in extensive

04  foreign travel.

05       (5)    Based on the nature of the pending charges, defendant is considered a flight

06  risk.  There appear to be no conditions or combination of conditions other than detention that

07  will reasonably address the risk of flight, or ensure the safety of the community.

08       IT IS THEREFORE ORDERED:

09       (1)    Defendant shall be detained pending trial and committed to the custody of the

10  Attorney General for confinement in a correctional facility separate, to the extent practicable,

11  from persons awaiting or serving sentences or being held in custody pending appeal;

12       (2)    Defendant shall be afforded reasonable opportunity for private consultation

13  with counsel;

14       (3)    On order of a court of the United States or on request of an attorney for the

15  government, the person in charge of the corrections facility in which defendant is confined

16  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

17  connection with a court proceeding; and

18       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

19  counsel for the defendant, to the United States Marshal, and to the United States Pretrial

20  Services Officer.

21       DATED this 7th day of October, 2008.

22

23                        _____

                             JAMES P. DONOHUE

24                          United States Magistrate Judge

25

26

DETENTION ORDER                             15.13
18 U.S.C. § 3142(i)                          Rev. 1/91
PAGE 2